UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GUOGAN GAO, YUSHENG LI, JIN HAN,
QUI MING ZHENG, XUEXIANG CHEN,
ZHISONG LIN,

          Plaintiffs,

     -against-

DAO ASIAN RESTAURANT INC.,
PETER MA,

          Defendants.
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 1 2 2012 ★

BROOKLYN OFFICE

ORDER

10-CV-4706 (NGG)(CLP)

NICHOLAS G. GARAUFIS, United States District Judge.

On November 4, 2011, the court referred the defendants' motion to dismiss for failure to prosecute to Magistrate Judge Cheryl L. Pollak for a report and recommendation. (See Docket Entry # 28.) Judge Pollak issued her final report and recommendation on May 31, 2012, in which she recommended that the motion be granted. (See Docket Entry # 34.)

Neither party has objected the R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). The court therefore reviews the R&R for clear error, see La Torres v. Walker, 216 F. Supp. 2d 157, 159 (S.D.N.Y. 2000); Gesualdi v. Mack Excavation & Trailer Serv., Inc., No. 09-CV-2502 (KAM) (JO), 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010); cf. 28 U.S.C. § 636(b)(1)(C) (requiring the court to review those portions of the report to which objections are made de novo), and, finding none, ADOPTS the R&R in its entirety.

Accordingly, the defendants' motion is GRANTED. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: Brooklyn, New York
       July _9_, 2012

          s/Nicholas G. Garaufis
          _____
          NICHOLAS G. GARAUFIS
          United States District Judge